## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **VEDA MAE DOWNING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:10cv1509 TCM** |
| | ) | |
| **CHARLES R. DWYER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to

issue on the complaint.

**IT IS FURTHER ORDERED** that Plaintiff's motion to appoint counsel is **DENIED**

as moot.

Dated this <u>28th</u> day of September, 2010.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE