UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VEDA MAE DOWNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10cv1509 TCM |
| ) | |
| CHARLES R. DWYER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In response to this Court's order to show cause why her claims against Unknown Clinton should not be dismissed for failure to timely obtain service, Plaintiff has replied that she now knows the full name of this defendant and requests issuance of summons and an additional thirty days within which to obtain service on Alex J. Clinton. Plaintiff has not, as required by Local Rule 3-2.02(B) of the Eastern District of Missouri, provided the Clerk of Court with the completed summons.[1]

Plaintiff's requests for issuance of summons and an additional thirty days are **GRANTED**. [Doc. 21] The thirty day period begins this date, and not the date on which Plaintiff provides the Clerk of Court the necessary forms for service. Failure to obtain, *and file*, proof of service within this thirty-day period will result in the dismissal without prejudice, and without further notice, of Plaintiff's claims against Unknown Clinton.

SO ORDERED.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of February, 2011.

---

[1] The Court notes that attempts were made to inform Plaintiff's counsel of this, however, her phone line was continually busy and she has not replied to an email.