UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VEDA MAE DOWNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10cv1509 TCM |
| | ) |
| CHARLES R. DWYER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the motion of Plaintiff's attorney for leave to withdraw on the grounds of a conflict of interest. [Doc. 41] The certificate of service for the motion does not include any statement of service on Plaintiff. Additionally, if counsel is granted leave to withdraw, there is no address on file at which Plaintiff may be sent copies of any Court orders or may be reached by opposing counsel. Consequently, the Court will stay a ruling on the motion for leave to withdraw for a period of **seven (7) days** within which counsel is to file with the Court (a) Plaintiff's address and telephone number, (b) a certificate of service indicating that a copy of her motion has been served on Plaintiff, and (c) a statement that she has informed Plaintiff of future deadlines and Court dates as set forth in the current case management order.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of May, 2011.