UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VEDA MAE DOWNING, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:10cv1509 TCM |
| CHARLES R. DWYER, et al., | ) |
| Defendants. | ) |

## ORDER

This 42 U.S.C. § 1983 action is before the Court on a motion filed by the pro se plaintiff, Veda Mae Downing, for reconsideration of its order of June 15, 2011, denying her motion for the appointment of counsel. Also pending is Plaintiff's motion for a hearing on the issue of appointment of counsel. The Court having previously carefully reviewed Plaintiff's motion for appointment of counsel and finding no good cause to disturb its prior ruling,

**IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration and motion for a hearing are each **DENIED**. [Docs. 50, 51]

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of June, 2011.